

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RODDY HARRISON, AS TRUSTEE OF THE HARRISON TRUST, | § | No. 08-15-00318-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 143rd District Court |
| | § | |
| ROSETTA RESOURCES OPERATING, LP, | | of Reeves County, Texas |
| | § | |
| | | (TC#13-10-20507-CVR) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF AUGUST, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J. (Not Participating)